IPP International U.G. Declaration Exhibit A
File Hashes for IP Address 24.161.119.30

**ISP:** Time Warner Cable
**Physical Location:** New Windsor, NY

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 11/06/2017 20:40:12 | 5F524DF15759705BDA6D385631FD6ACDE6D080CD | The Tightest Blonde |
| 11/06/2017 20:38:39 | 0E992AADEBF3D624A638B6D4CD0934A5E8EBF215 | Susie Up Close and Personal |
| 11/06/2017 20:37:04 | 673AA4B478E333C74CF467AD24467FFB206B7019 | Emerald Love |
| 11/06/2017 20:33:10 | 0294BB72CCDC51CD5DCE35057907DAA15DA461A6 | Supermodel Sex |
| 11/06/2017 20:32:05 | 89B1D793636AF77DECDD2D0C433D7419FB328136 | XXX Threeway Games |
| 11/06/2017 20:26:22 | E3B203419FB0600C8FEDA0E9A4EECBB9E77576D8 | Want To Fuck My Wife |
| 11/06/2017 20:21:01 | 34EE2C094ECBB4409656CF376CF45D83459DCDA4 | California Surf Fever |
| 10/26/2017 22:18:43 | 0E6127F9B2DFB3D21B9D992387D8AC1406AE9AE6 | Rock Me All Night Long |
| 10/26/2017 22:00:27 | CCD7166A29D274E9DA863410B3F4303A22127113 | Porcelain Doll |
| 10/26/2017 21:59:58 | E0A514A9E38A1E3AC483C42687BA27F550C03FE8 | Virtual Girlfriend |
| 09/29/2017 23:58:52 | DCBC8710AC8DDBB41BE634AE8AE4E430D1F430D1 | Kristin and Nine Unleashed |
| 09/29/2017 23:48:52 | 315E16EBDF8619B6FA22156AC70F516929F35AA1 | Luvv Me Tender |
| 09/29/2017 23:32:21 | 507D295A735F5464F4C3DB79DC495B3077D31578 | Piano Concerto |
| 09/29/2017 23:22:47 | 5FD28AA7ADD967571F60FB7B519EC4F06AAA0F0D | Born To Be Wild |
| 08/17/2017 12:00:38 | D0DB2F51F34377746B69D85A8ABB4B19405640A5 | Fit For A Fuck |
| 08/17/2017 12:00:03 | 9A90BB3B08FBC81CF4CB979FCFB35A4FE35A755B | Sex For Three By The Sea |
| 08/10/2017 10:49:00 | 29F22087D08778A5F07FA7D88C9F1B70E27DA387 | A Fucking Hot Threesome |
| 08/10/2017 10:42:46 | CB4D67B15832C477518D6A32D8C6DD62093B3FD9 | Definitely Not So Shy |
| 08/08/2017 11:28:57 | B4140ED7691E78D2599C56E5C8694E344F7AC27F | An Afternoon Inside Kim |
| 08/08/2017 11:25:28 | 0795957EB77B0C2ECD7C669292F5FD28BC3629CA | Four Way In 4K |
| 08/08/2017 11:24:12 | 77BD97CB46F8E6B0B9869A8B39F0ECC75CF84573 | Love In Prague |
| 08/08/2017 11:21:55 | 4F99498549B8B8F3E84D2E48788CDFBA10C3247E | Like The First Time |

EXHIBIT A

SNY417

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 07/20/2017 10:08:39 | 51D55C5CDB6AAE605834867ADBDA19864C677ECA | Summer Lovers |
| 03/24/2017 03:30:09 | B6BFC3E1DDCB63AA312D91579F4A2DC82BE6AB1D | Simply Stunning |
| 03/24/2017 03:20:47 | CB7FAA1587676879B1D1984E215A729610CDE6D4 | Tight Pink and Gold |
| 03/18/2017 22:15:14 | D06640359A90FFE2C14D0851AE52898FDD4C52D8 | Play Me |
| 03/18/2017 22:09:00 | 27BBB5802EAB51683B352E88A98F380B88B68FA1 | Deep Inside Gina |
| 02/26/2017 02:24:54 | 110C829A2A90EA08D10F8BFBA9A316D9A9AEC774 | Spur Of The Moment |
| 02/23/2017 01:50:08 | BE823F7B2E116D03D423DFC8D7049B13029E6B6C | Best Friends Or Lesbians |
| 02/19/2017 06:06:50 | A952933DC3E61D1B14DD7F439A8E35FF2C6DC5F4 | New Year Bang |
| 02/19/2017 06:06:49 | F97F93E3158A32320D14957D0F81561D4E975F96 | A Rose A Kiss and A Bang |
| 12/18/2016 06:27:19 | 100AE6815D8B948D0C4AEDB158323B4AAEF3C949 | Paint Me White |
| 12/18/2016 06:26:54 | CB3EAE417778FFD481453F3618F8ED6D4AB751AE | Triple Blonde Fantasy |
| 12/18/2016 06:26:51 | 9DDF69A7085E60CFE619236137D8759D95286485 | Pussy Party |
| 12/11/2016 01:19:33 | 065338DB17BE8DB45AC608FED6E0D89A91C018B3 | X-art Unauthorized Pack 065338D |
| 12/11/2016 01:09:34 | 5BF326FBAAF87F3E750F080DCE085011E562EBBE | Forbidden Fruit |
| 11/10/2016 02:31:16 | 1D7F77503ECAEB0394329781D7BFC3F76D16326D | Caprice Swaps Cocks |
| 11/10/2016 02:30:23 | A125AEC7C5BB1F7F8A1A62FB0DD1D9C876ADA221 | X-art Unauthorized Pack A125AEC |
| 11/10/2016 02:22:53 | 9ACCD9F498769C3E61D1934C9237406ACF9D11DE | The Call Girl |
| 08/02/2016 04:12:01 | 0989CB77070D67E14B3FF445DB09F9E9017351AC | Asstastic |
| 05/12/2016 22:53:51 | 1B18D50812B58182D5E73C2DF44A124A48B3A479 | Sex At The Office |

**Total Statutory Claims Against Defendant: 49**