UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-----------------------------------------------------------------X
                                                                 :
MALIBU MEDIA, LLC,                                               :
                                                                 :   Case No. 7:18-cv-02874-KMK
                                     Plaintiff,                  :
                                                                 :
                  vs.                                            :
                                                                 :
JOHN DOE subscriber assigned IP address                          :
24.161.119.30,                                                   :
                                     Defendant.                  :
-----------------------------------------------------------------X
```

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
<u>WITH PREJUDICE OF JOHN DOE</u>**

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe ("Defendant") through his counsel.  Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action <u>with prejudice</u>. John Doe was assigned the IP Address 24.161.119.30. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: June 27, 2018                Respectfully Submitted,

By: <u>/s/ Kevin T. Conway, Esq.</u>
Kevin T. Conway, Esq.
NY Bar No.: 2133304
664 Chestnut Ridge Road
Spring Valley, NY 10977-6201
T: (845) 352-0206
F: (845) 352-0481
Email: ktcmalibu@gmail.com
*Attorneys for Plaintiff*

1

2

## **CERTIFICATE OF SERVICE**

     I hereby certify that on June 27, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                                                    By: /s/ *Kevin T. Conway*

     cc: Via email: Robert Z. Cashman, Esq.