AO 121 (6/90)

| TO: | |
|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION    ☐ APPEAL | COURT NAME AND LOCATION<br>U.S. DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>500 PEARL STREET, NEW YORK, N.Y. 10007 | |
|---|---|---|
| DOCKET NO.<br>18-cv-02874-KMK | DATE FILED<br>3/30/2018 | |
| PLAINTIFF<br>Malibu Media, LLC | DEFENDANT<br>John Doe<br>subscriber assigned to IP address 24.161.119.30 | |
| **COPYRIGHT REGISTRATION NO.** | **TITLE OF WORK** | **AUTHOR OR WORK** |
| 1  See Attached List | See Attached List | See Attached List |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | |
|---|---|---|
| **COPYRIGHT REGISTRATION NO.** | **TITLE OF WORK** | **AUTHOR OF WORK** |
| 1  See Attached List | See Attached List | See Attached List |
| 2 | | |
| 3 | . | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes   ☑ No | DATE RENDERED<br>6/27/2018 |
|---|---|---|
| CLERK<br>Ruby J. Krajick | (BY) DEPUTY CLERK<br>s/K.Mango | DATE<br>6/28/2018 |

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
                                                          :

MALIBU MEDIA, LLC,                        :

                                                          :    Case No. 7:18-cv-02874-KMK

                            Plaintiff,     :

                                                           :

                vs.                                                   :

                                                           :

JOHN DOE subscriber assigned IP address   :
24.161.119.30,                                       :

                           Defendant.  :
------------------------------------------------------------------X

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
## <u>WITH PREJUDICE OF JOHN DOE</u>

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe ("Defendant") through his counsel.  Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action <u>with prejudice</u>. John Doe was assigned the IP Address 24.161.119.30.  Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: June 27, 2018               Respectfully Submitted,

                                                     By: <u>/s/ Kevin T. Conway, Esq.</u>
                                                     Kevin T. Conway, Esq.
                                                     NY Bar No.: 2133304
                                                     664 Chestnut Ridge Road
                                                     Spring Valley, NY 10977-6201
                                                     T: (845) 352-0206
                                                     F: (845) 352-0481
                                                     Email: <u>ktcmalibu@gmail.com</u>
                                                     *Attorneys for Plaintiff*

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 27, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                                            By: /s/ *Kevin T. Conway*


cc: Via email: Robert Z. Cashman, Esq.

Copyrights-In-Suit for IP Address 24.161.119.30

**ISP:** Time Warner Cable
**Location:** New Windsor, NY

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| The Tightest Blonde | PENDING | 10/28/2017 | 11/07/2017 | 11/06/2017 |
| Susie Up Close and Personal | PENDING | 08/06/2017 | 08/30/2017 | 11/06/2017 |
| Emerald Love | PENDING | 07/22/2017 | 08/30/2017 | 11/06/2017 |
| Supermodel Sex | PA0001967075 | 09/02/2015 | 09/07/2015 | 11/06/2017 |
| XXX Threeway Games | PENDING | 06/30/2017 | 08/30/2017 | 11/06/2017 |
| Want To Fuck My Wife | PA0002042072 | 02/10/2017 | 03/25/2017 | 11/06/2017 |
| California Surf Fever | PA0001953953 | 07/23/2015 | 07/29/2015 | 11/06/2017 |
| Rock Me All Night Long | PENDING | 10/18/2017 | 11/07/2017 | 10/26/2017 |
| Porcelain Doll | PENDING | 10/01/2017 | 11/07/2017 | 10/26/2017 |
| Virtual Girlfriend | PENDING | 10/13/2017 | 11/07/2017 | 10/26/2017 |
| Kristin and Nine Unleashed | PA0002015107 | 04/23/2016 | 05/31/2016 | 09/29/2017 |
| Luvv Me Tender | PA0002036139 | 09/15/2016 | 12/04/2016 | 09/29/2017 |
| Piano Concerto | PENDING | 09/15/2017 | 10/11/2017 | 09/29/2017 |
| Born To Be Wild | PENDING | 08/25/2017 | 08/30/2017 | 09/29/2017 |
| Fit For A Fuck | PENDING | 08/12/2017 | 08/30/2017 | 08/17/2017 |
| Sex For Three By The Sea | PENDING | 07/29/2017 | 08/30/2017 | 08/17/2017 |
| A Fucking Hot Threesome | PA0001957700 | 08/07/2015 | 08/17/2015 | 08/10/2017 |
| Definitely Not So Shy | PENDING | 07/15/2017 | 08/30/2017 | 08/10/2017 |
| An Afternoon Inside Kim | PA0002050594 | 06/01/2017 | 08/29/2017 | 08/08/2017 |
| Four Way In 4K | PA0001995499 | 01/28/2016 | 02/18/2016 | 08/08/2017 |
| Love In Prague | PA0002050599 | 06/10/2017 | 08/29/2017 | 08/08/2017 |

EXHIBIT B

SNY417

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Like The First Time | PA0001778844 | 02/29/2012 | 02/29/2012 | 08/08/2017 |
| Summer Lovers | PENDING | 07/07/2017 | 08/30/2017 | 07/20/2017 |
| Simply Stunning | PA0001843103 | 05/03/2013 | 05/14/2013 | 03/24/2017 |
| Tight Pink and Gold | PA0002042094 | 02/25/2017 | 03/25/2017 | 03/24/2017 |
| Play Me | PA0001847659 | 06/14/2013 | 06/30/2013 | 03/18/2017 |
| Deep Inside Gina | PA0002042043 | 03/03/2017 | 03/13/2017 | 03/18/2017 |
| Spur Of The Moment | PA0001820192 | 01/07/2013 | 01/08/2013 | 02/26/2017 |
| Best Friends Or Lesbians | PA0002042078 | 02/18/2017 | 03/15/2017 | 02/23/2017 |
| New Year Bang | PA0002042052 | 01/07/2017 | 03/25/2017 | 02/19/2017 |
| A Rose A Kiss and A Bang | PA0002042063 | 01/28/2017 | 03/25/2017 | 02/19/2017 |
| Paint Me White | PA0001909785 | 08/24/2014 | 08/26/2014 | 12/18/2016 |
| Triple Blonde Fantasy | PA0002031875 | 06/18/2016 | 08/29/2016 | 12/18/2016 |
| Pussy Party | PA0002033411 | 07/23/2016 | 10/20/2016 | 12/18/2016 |
| X-art Unauthorized Pack 065338D: All Tied Up | PA0001866077 | 10/19/2013 | 10/21/2013 | 12/11/2016 |
| X-art Unauthorized Pack 065338D: Blindfold Me Part #2 | PA0001867890 | 11/03/2013 | 11/06/2013 | 12/11/2016 |
| X-art Unauthorized Pack 065338D: Body Language | PA0001868096 | 10/26/2013 | 11/01/2013 | 12/11/2016 |
| X-art Unauthorized Pack 065338D: Double Daydreams | PA0001869246 | 11/13/2013 | 11/21/2013 | 12/11/2016 |
| X-art Unauthorized Pack 065338D: Fantasy Come True | PA0001874629 | 12/19/2013 | 12/26/2013 | 12/11/2016 |
| X-art Unauthorized Pack 065338D: So Right Its Wrong | PA0001872084 | 12/01/2013 | 12/04/2013 | 12/11/2016 |
| Forbidden Fruit | PA0002036143 | 10/15/2016 | 12/04/2016 | 12/11/2016 |
| Caprice Swaps Cocks | PA0002036760 | 09/17/2016 | 12/04/2016 | 11/10/2016 |

EXHIBIT B

SNY417

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| X-art Unauthorized Pack A125AEC: In the Garden of Ecstasy | PA0002014940 | 05/21/2016 | 05/31/2016 | 11/10/2016 |
| X-art Unauthorized Pack A125AEC: The Ranch Hand | PA0002031863 | 07/02/2016 | 08/29/2016 | 11/10/2016 |
| X-art Unauthorized Pack A125AEC: Tight Ass Teen | PA0001938748 | 04/01/2015 | 04/06/2015 | 11/10/2016 |
| X-art Unauthorized Pack A125AEC: Tropical Sexcapades | PA0002014942 | 03/18/2016 | 06/18/2016 | 11/10/2016 |
| The Call Girl | PA0002034879 | 07/30/2016 | 10/20/2016 | 11/10/2016 |
| Asstastic | PA0002015088 | 05/07/2016 | 05/31/2016 | 08/02/2016 |
| Sex At The Office | PA0001990003 | 01/07/2016 | 01/18/2016 | 05/12/2016 |

**Total Malibu Media, LLC Copyrights Infringed:  49**

EXHIBIT B

SNY417

## X-art Unauthorized Pack 065338D

All Tied Up

Blindfold Me Part #2

Body Language

Double Daydreams

Fantasy Come True

So Right Its Wrong

**Total Registered Works in X-art Unauthorized Pack 065338D: 6**

Exhibit C

SNY417

**X-art Unauthorized Pack A125AEC**

In the Garden of Ecstasy

The Ranch Hand

Tight Ass Teen

Tropical Sexcapades

**Total Registered Works in X-art Unauthorized Pack A125AEC: 4**

Exhibit C

SNY417